UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HELEN FERGUSON,**

      **Plaintiff,**

v.                                                    **Case No. 8:16-cv-3460-T-23TBM**

**GETTEL ACURA,**

      **Defendant.**

                                          /

**REPORT AND RECOMMENDATION**

THIS CAUSE is before the Court *sua sponte* to address scheduling and case management matters. Plaintiff, who is proceeding *pro se*, has filed an objection to Defendant's proposed Case Management Report. (Doc. 43). Defendant has filed its Case Management Report, along with email correspondence between the parties. (Doc. 44). Upon review of the respective submissions, the Court recommends that a Case Management and Scheduling Order be entered in accordance with the following proposed schedule:

1. If the parties have not already done so, Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) shall be exchanged on or before July 14, 2017.

2. Third party claims and joinder motions shall be filed on or before October 9, 2017.

3. Plaintiff's expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before October 9, 2017. Defendant's expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before October 30, 2017.

    4. <u>All discovery</u> shall be conducted so as to be completed on or before <u>December 11, 2017.</u>

    5. Mediation shall be conducted on or before <u>January 8, 2018.</u>

    6. Dispositive and *Daubert* motions shall be filed on or before <u>January 22, 2018</u>.

    7. The Final Pretrial Conference shall be scheduled on or after <u>April 9, 2018,</u> with the trial date on the <u>May 2018</u> trial calendar.

> Respectfully submitted this
> 3rd day of July 2017.
>
> _____
> THOMAS B. McCOUN III
> UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

A party has fourteen (14) days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1).

Copies furnished to:
Steven D. Merryday, Chief United States District Judge
*Pro se* Plaintiff
Counsel of record