UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HELEN FERGUSON,

    Plaintiff,

v.                                            CASE NO. 8:16-cv-3460-T-23AEP

GETTEL ACURA,

    Defendant.
_____/

**ORDER**

    The magistrate judge recommends (Doc. 52) entering a Case Management and Scheduling Order with the following deadlines:

    1. If the parties have not already done so, Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) shall be exchanged on or before July 14, 2017.

    2. Third party claims and joinder motions shall be filed on or before October 9, 2017.

    3. Plaintiff's expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before October 9, 2017. Defendant's expert disclosure pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before October 30, 2017.

    4. All discovery shall be conducted so as to be completed on or before December 11, 2017.

    5. Mediation shall be conducted on or before January 8, 2018.

    6. Dispositive and Daubert motions shall be filed on or before January 22, 2018.

    7. The Final Pretrial Conference shall be scheduled on or after April 9, 2018, with the trial date on the May 2018 trial calendar.

(Doc. 52 at 1–2)  Ferguson objects (Doc. 55) to the report and recommendation.  A de novo review of the report and recommendation reveals that Ferguson's objections are unfounded, unpersuasive, or anticipated by the magistrate judge.  The objections require no different resolution.  Accordingly, Ferguson's objections (Doc. 55) are **OVERRULED**, and the report and recommendation (Doc. 52) is **ADOPTED IN PART**.*  A separate case management and scheduling order will set deadlines.

ORDERED in Tampa, Florida, on July 20, 2017.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

* No later than **AUGUST 4, 2017**, the parties must exchange initial disclosures.  Also, a separate mediation order, not the case management and scheduling order, will direct the parties to mediate.